**Curtis Ray BROOKS, Plaintiff–Appellant,**

v.

**LIPTROT, Lieutenant/Supervisor; Dr. Nichols, Psychiatrist, Defendants–Appellees,**

**and**

**T.L. Birkhead, Program Supervisor; T. Johnson, Correctional Officer; R. Clary, Evidence Based Practice–Manager; Wendy S. Hobbs, Regional Administrator; K.S. Turner, Lieutenant/Supervisor, Defendants.**

No. 13–7442.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Curtis Ray Brooks, Appellant Pro Se.

John Michael Parsons, Assistant Attorney General, Richmond, Virginia; Isaac Abraham McBeth, Edward J. McNelis, III, Rawls, McNelis & Mitchell, PC, Richmond, Virginia, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Ray Brooks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brooks v. Liptrot,* No. 1:12–cv–01405–LMB–JFA, 2013 WL 4498679 (E.D. Va. filed Aug. 21, 2013; entered Aug. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*